IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
R. COLORADO
SEP 1 2 2007
GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01679-BNB

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
BECKER,
MCPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions titled "Motion Proving Appeal" and "Motion to Enter Information on Hobear [sic] Corpus vs. 42 U.S.C. 1983" filed on July 31, 2007, will be treated as statements filed by Plaintiff in support of this civil rights action. The motions are DENIED.

Dated: September 12, 2007

Copies of this Minute Order mailed on September 12, 2007, to the following:

James R. Duncan
Doc# 41762
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Secretary/Deputy Clerk