IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

       Plaintiff,

v.

FITZGERALD,
BECKER,
MCPHERSON, and
ARFSTEN,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case,

counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days

after any judgment is entered or closure of the case.  Counsel shall retain same for 60 days beyond

the later of the time to appeal or conclusion of any appellate proceedings.  Failure to retrieve

exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 21st day of September, 2007.

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge