IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
BECKER,
MCPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 16, 2007.**

    Plaintiff's Motion to Review Becker Evaluation Work File [Filed October 15, 2007; Docket #22] is **denied**. The scheduling/status conference to set discovery deadlines is set for December 17, 2007. Moreover, once the discovery period begins, Plaintiff must follow the Federal Rules of Civil Procedure in seeking discovery directly from Defendants, not from the Court.