IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
YOUNG (formerly known as BECKER),
McPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 28, 2007.**

    Plaintiff's [Motion to] Amend to [sic] Plaintiff's Complaint [filed November 26, 2007; doc #31] is construed as a Motion to Amend Caption, and is **granted**. Defendant "Becker" has responded to the pleadings of this Court under the name "Young." Therefore, the Clerk of the Court is directed to amend the caption to reflect the substitution of the name "Young (formerly known as Becker)" for the name "Becker."

    In addition, Plaintiff appears to be under the mis-impression that Defendant McPherson has been served in this matter. Plaintiff is directed to review the Waiver of Service filed September 26, 2007, as well as Fed. R. Civ. P. 4.