IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.
_____

# ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

    Before the Court is Defendants' Motion to Allow Deposition of Plaintiff James R. Duncan Pursuant to Fed.R.Civ.P. 30(a)(2) [Docket #42]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in the Sterling Correctional Facility in Sterling, Colorado. Defendants have contacted the Sterling Correctional Facility and have received approval to depose Plaintiff on April 8, 2008.

    Based upon a review of the record herein, the court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

    Accordingly, Defendants' Motion to Allow Deposition of Plaintiff James R. Duncan Pursuant to Fed.R.Civ.P. 30(a)(2) [Filed April 3, 2008; Docket #42] is **granted**. The deposition is to occur on April 8, 2008, and is subject to the limitations of Rule 30(d), as well as all rules and regulations

which Plaintiff's place of incarceration may impose in connection with its accommodation of the deposition. Counsel for Defendants is directed to provide a copy of this Order to Plaintiff as soon as possible.

Dated at Denver, Colorado this 7th day of April, 2008.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge