IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,
v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.
_____

# ORDER ON PLAINTIFF'S MOTION FOR DISCOVERY
_____

Before the Court is Plaintiff's Motion for Discovery Under Fed. R. Civ. P. 26(b)(2) and Rules 33 and 34 [Docket #49]. Plaintiff requests "any and all grievances, incident reports, and reports of sexual assaults or physical assaults or any man handling of any inmates, offenders, and/or male person by any of the defendants named above." Defendants indicate that one document could be potentially relevant to this request, and counsel has submitted that document for *in camera* review. That document is an incident report filed by an inmate against one of the named Defendants.

Having reviewed the document, the Court concludes that it is relevant under Fed. R. Civ. P. 26(b)(1) and should be produced to Plaintiff in redacted form. Defendants express concern with producing this document to Plaintiff for fear of dissemination of the information to individuals not parties to this lawsuit. Defendants raise a legitimate concern, which the Court will address as follows. Counsel shall redact all information regarding the complaining inmate from the form and shall mark the document as confidential. Plaintiff is admonished that any use of this document outside this

litigation or disclosing the contents of this document to any individual who is not a party to this lawsuit is an abuse of the discovery process, a direct violation of this Court's Order, and will result in this Court recommending that Plaintiff's case be dismissed with prejudice for such violation. To avoid disclosing the document, Plaintiff should file any pleadings that disclose the contents of the document under seal, as required by D.C.Colo.L.Civ.R. 7.2.

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiff's Motion for Discovery Under Fed. R. Civ. P. 26(b)(2) and Rules 33 and 34 [Filed April 11, 2008; Docket #49] is **granted** as specified herein. Counsel shall provide the document submitted for *in camera* review to Plaintiff in redacted form on or before **May 5, 2008**.

Dated at Denver, Colorado, this 23rd day of April, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge