IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 23, 2008.**

    Before the Court is Plaintiff's Motion to Overrule Deposition Taken 4/08/08 [Docket #52], which the Court construes as a Motion for Reconsideration of its Order dated April 7, 2008, which allowed Defendants to depose Plaintiff. Plaintiff argues that his deposition should not be used in this lawsuit, because Defendants' counsel threatened to seek sanctions if Plaintiff failed to comply with the Court's Order and allow his deposition to be taken. Plaintiff also filed an Objection to Defendant's Motion in which he argues that counsel will use deposition testimony to make it look like he is lying. Plaintiff's Motion is **denied**. The Federal Rules of Civil Procedure allow Defendants' counsel to depose Plaintiff, and counsel complied with these rules as well as the applicable Court Order. Plaintiff does not have the right to bring a lawsuit against Defendants and avoid being deposed.