IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

       Plaintiff,

v.

FITZGERALD,
YOUNG (formerly known as BECKER),
McPHERSON, and
ARFSTEN,

       Defendants.
_____

**ORDER DIRECTING CLERK TO PROVIDE PLAINTIFF WITH LOCAL RULES**
_____

       THIS MATTER comes before the Court on Plaintiff's Motion for Order Directing the Clerk to Provide Local Rules (Motion) **(#62)**. Having reviewed the Motion,

       **IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is directed to mail the Plaintiff a copy of the most recent local rules of the United States District Court for the District of Colorado Local Rules of Practice (Effective April 15, 2002), along with this Order.

       DATED this 16th day of May, 2008.

                                     **BY THE COURT:**

                                     */s/ Marcia S. Krieger*
                                     Marcia S. Krieger
                                     United States District Judge