IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,
v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 27, 2008.**

    Plaintiff's Request to Know Why? This Court has not Ruled on Documents Dated 4/6/08 and 4/15/08 [Filed May 19, 2008; Docket #69] is **granted** as specified herein. Plaintiff is requesting the status of his objections to Defendants' deposition. The Court considered Plaintiff's arguments in its Minute Order dated April 23, 2008, and overruled the objections, allowing the deposition.

    As the Court previously stated, "[t]he Federal Rules of Civil Procedure allow Defendants' counsel to depose Plaintiff, and counsel complied with these rules as well as the applicable Court Order. Plaintiff does not have the right to bring a lawsuit against Defendants and avoid being deposed." Dock. #55.