IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

      Plaintiff,
v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 30, 2008.**

      Plaintiff's Request to Clarification of Grievance(s) [Filed May 29, 2008; Docket #75] is **denied without prejudice** as set forth herein. To the extent that Plaintiff seeks reconsideration of the state court's decision in a Rule 106 hearing, this Court is not the proper avenue of relief. To the extent that Plaintiff is arguing he has properly exhausted his administrative remedies for this case, Defendants have raised the defense of failure to exhaust in their Motion for Summary Judgment filed May 13, 2008. Plaintiff should include his arguments regarding his exhaustion of administrative remedies in his Response to the Motion for Summary Judgment, not in a separate motion. Thus, Plaintiff's motion is denied without prejudice so that he can present his argument in the proper pleading, a Response to Defendants' Motion for Summary Judgment.