IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 4, 2008.**

    Plaintiff's Motion to Asks [sic] if Judge M. E. Hegarty Review All the Defendants Work Files??? [Filed May 19, 2008; Docket #67] is **denied**. Counsel for Defendants has represented under oath through the filing of her Response that no other responsive documents exist.