IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 19, 2008.**

    Plaintiff's Motion to Admit New Evidence Three Affidavits [Filed June 16, 2008; Docket #87] is **granted** as specified herein. The Court construes Plaintiff's request as a motion to supplement his response to Defendants' Motion for Summary Judgment. The affidavits are added to the record in this case for the District Court to consider them as appropriate under the requirements of Fed. R. Civ. P. 56.

    Should Defendants desire to file a supplemental Reply in support of their Motion for Summary Judgment addressing these affidavits, they should file a motion seeking such relief.