IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,
v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 2, 2008.**

    Defendants' Motion for Protective Order [filed August 6, 2008; docket #99] is **granted**. Defendants need not respond to Plaintiff's discovery requests filed on July 24, 2008, or on or about August 4, 2008, pursuant to Fed. R. Civ. P. 26(c) on the grounds of untimeliness with no good cause shown by Plaintiff. The discovery deadline in this matter was April 14, 2008 [docket #35].

    Pursuant to D.C. Colo. LCivR 7.1C, Plaintiff's Response was to be filed on or before August, 26, 2008. Plaintiff has not responded.