IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

    Plaintiff,

v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

    Defendants.

---

# MINUSTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 10, 2008.**

    Pending before the Court is Plaintiff's "Request Court to Tell Plaintiff Duncan What Do He Do Next???" [filed October 7, 2008; docket #103] construed as a Motion for Order [docket #104]. The Court must construe a pro se document liberally, however it is not "the proper function of the district court to assume the role of advocate for the pro se litigant." *Peterson v. Shanks*, 149 F.3d 1140, 1143 (10th Cir. 1998) (citing *Dunn v. White*, 880 F.2d 1188, 1197 (10th Cir. 1989)). The Court may clarify court procedure for any party, therefore Plaintiff's Request is **granted** as specified herein.

    There are no pending deadlines or hearings presently scheduled, and discovery is complete in this matter. If the case survives any dispositive motion such as a Motion to Dismiss or Motion for Summary Judgment, a pretrial conference and trial date will be set. Plaintiff will be informed of any settings. If a trial date is set, each party is responsible for ensuring that party's witnesses are present at trial.

    The Court reminds Plaintiff of two pending dispositive motions filed in this matter, namely Defendants' Motion for Summary Judgment filed May 13, 2008 [docket #61], and Plaintiff's Motion for Default Judgement (sic) filed June 12, 2008 [docket #85].