IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01679-MSK-MEH

JAMES R. DUNCAN,

     Plaintiff,

v.

FITZGERALD,
BECKER,
McPHERSON, and
ARFSTEN,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 17, 2009.**

     Plaintiff submitted a "Clarification of Case ??" [filed June 16, 2009; docket #126] which the Court construes as a Motion for Clarification. Plaintiff's motion is **granted** as follows: Civil Case No. 07-cv-01679-MSK-MEH was terminated in full on March 12, 2009. The Court entered judgment in favor of Defendants on all claims in this action, with costs pursuant to Fed. R. Civ. P. 54(d)(1), and instructed the Clerk of the Court to close the case [docket #113].